1  LAWRENCE G. BROWN
   Acting United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:09-cr-120 MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| KEITH THAYER TOWNS, | ) | |
| | ) | |
| Defendant. | ) | |

## Stipulation

The parties are in the process of negotiating a plea agreement. Therefore, the parties, through undersigned counsel, stipulate that the status conference scheduled for June 4, 2009, may be continued to July 16, 2009, at 9:00 a.m.

The parties further stipulate that time may be excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of July 16, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, because the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

///

1

Defense counsel has authorized the prosecutor to sign this stipulation on his behalf.

DATED: June 2, 2009          LAWRENCE G. BROWN
                             Acting United States Attorney

                       by    /s/ Samantha S. Spangler
                             Samantha S. Spangler
                             Assistant U.S. Attorney


DATED: June 2, 2009    by    /s/ Samantha S. Spangler for
                             Lawrence Ward
                             Counsel for Defendant
                             Keith Thayer Towns

## Order

Good cause appearing, the status conference scheduled for June 4, 2009, is ordered continued to July 16, 2009, at 9:00 a.m. The court finds that the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial. Therefore, time is excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of July 16, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

IT IS SO ORDERED.

Dated: June 3, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE