1  LAWRENCE G. BROWN
   Acting United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )    Case No.  2:09-cr-00120 MCE
                                 )
12           Plaintiff,          )    STIPULATION AND ORDER
                                 )    CONTINUING STATUS CONFERENCE
13 v.                            )
                                 )
14 KEITH THAYER TOWNS,           )
                                 )
15           Defendant.          )
   _____)

16

17                         Stipulation

18      The parties are in the process of negotiating a plea agreement

19 and continuing to investigate the possible consequences of a guilty

20 plea.  Therefore, the parties, through undersigned counsel,

21 stipulate that the status conference scheduled for July 16, 2009,

22 may be continued to August 27, 2009, at 9:00 a.m.

23      The parties further stipulate that time may be excluded from

24 the speedy trial calculation under the Speedy Trial Act through the

25 new status conference date of August 27, 2009, pursuant to 18 U.S.C.

26 § 3161(h)(8)(B)(iv) and Local Code T4, because the interests of

27 justice served by granting this continuance outweigh the interests

28 of the defendant and the public in a speedy trial.

                              1

1    Defense counsel has authorized the prosecutor to sign this

2  stipulation on his behalf.

3  DATED:  July 9, 2009                    LAWRENCE G. BROWN
                                           Acting United States Attorney
4

5                                 by    /s/
                                        Samantha S. Spangler
6                                       Assistant U.S. Attorney

7

8  DATED:  July 9, 2009           by    /s/   for
                                        Lawrence Ward
9                                       Counsel for Defendant
                                        Keith Thayer Towns
10

11                              Order

12    Good cause appearing, the status conference scheduled for July

13  16, 2009, is ordered continued to August 27, 2009, at 9:00 a.m.  The

14  Court finds that the interests of justice served by granting this

15  continuance outweigh the interests of the defendant and the public

16  in a speedy trial.  Therefore, time is excluded from the speedy

17  trial calculation under the Speedy Trial Act through the new status

18  conference date of August 27, 2009, pursuant to 18 U.S.C. §

19  3161(h)(8)(B)(iv) and Local Code T4.

20    IT IS SO ORDERED.

21
    Dated: July 14, 2009
22

23

24  _____
    MORRISON C. ENGLAND, JR.
25  UNITED STATES DISTRICT JUDGE

26

27

28

                                 2