```
1  LAWRENCE G. BROWN
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:09-cr-00120 MCE |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
|  | ) | CONTINUING STATUS CONFERENCE |
| v. | ) |  |
| KEITH THAYER TOWNS, | ) |  |
| Defendant. | ) |  |

The parties are in the process of negotiating a plea agreement. Therefore, the parties, through undersigned counsel, stipulate that the status conference scheduled for August 27, 2009, may be continued to October 22, 2009, at 9:00 a.m. The parties anticipate they will reach an agreement by which the defendant would plead guilty to the misdemeanor count charged in the indictment, before the magistrate judge, and that the government would then submit to this Court a motion to dismiss the felony counts and to vacate the next hearing date before this Court.

///

///

///

The parties further stipulate that time may be excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of October 22, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) for preparation of counsel, because the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

Defense counsel has authorized the prosecutor to sign this stipulation on his behalf.

DATED: August 24, 2009           LAWRENCE G. BROWN
                                 United States Attorney


                            by   /s/
                                 Samantha S. Spangler
                                 Assistant U.S. Attorney


DATED: August 24, 2009      by   /s/  for
                                 Lawrence Ward
                                 Counsel for Defendant
                                 Keith Thayer Towns

<u>Order</u>

Good cause appearing, the status conference scheduled for August 27, 2009, is ordered continued to October 22, 2009, at 9:00 a.m. The Court finds that the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial. Therefore, time is excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of October 22, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) for preparation of counsel.

IT IS SO ORDERED.

Dated: August 27, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE