```
1  LAWRENCE G. BROWN
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  2:09-cr-00120 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| v. ) | |
| ) | |
| KEITH THAYER TOWNS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### Stipulation

The parties are in the process of negotiating a plea agreement. The parties anticipate that the defendant will enter a guilty plea to the misdemeanor count of the Indictment before the Magistrate Judge.  After he is sentenced, the government will move, in writing with a proposed order, to dismiss the felony charges and vacate the status conference before this Court.  Therefore, the parties, through undersigned counsel, stipulate that the status conference scheduled for October 22, 2009, may be continued to January 7, 2010, at 9:00 a.m.

The parties further stipulate that time may be excluded from the speedy trial calculation under the Speedy Trial Act through the

1

new status conference date of January 7, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) for preparation of counsel, because the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

    Defense counsel has authorized the prosecutor to sign this stipulation on his behalf.

DATED:  October 19, 2009          LAWRENCE G. BROWN
                                  United States Attorney


                             by   /s/
                                  Samantha S. Spangler
                                  Assistant U.S. Attorney


DATED:  October 19, 2009     by   /s/   for
                                  Lawrence Ward
                                  Counsel for Defendant
                                  Keith Thayer Towns

Order

Good cause appearing, the status conference scheduled for October 22, 2009, is ordered continued to January 7, 2010, at 9:00 a.m.  The Court finds that the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.  Therefore, time is excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of January 7, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T4 for preparation of counsel.

IT IS SO ORDERED.

Dated: October 20, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE