LAWRENCE G. BROWN
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

FILED

OCT 30 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-120 MCE |
| Plaintiff, | SEALING ORDER |
| v. | |
| KEITH THAYER TOWNS, | |
| Defendant. | |

IT IS HEREBY ORDERED that the documents filed October 30, 2008, in the above-captioned matter shall be filed under seal until further order of this Court.

IT IS SO ORDERED.

DATED: October 30, 2009

_____
KIMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE