BENJAMIN B. WAGNER
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:09-cr-00120-MCE |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| v. ) | AND SENTENCING HEARING |
| KEITH THAYER TOWNS, ) | |
| Defendant. ) | |

### Stipulation

On October 30, 2009, the defendant pled guilty before Magistrate Judge Mueller to Count 17 of the Indictment, charging him with Misuse of a Department of Treasury Name, in violation of 31 U.S.C. § 333, a misdemeanor. The matter was scheduled for sentencing on that conviction on January 14, 2009, at 10:00 a.m. Pursuant to the parties' plea agreement, after the defendant is sentenced on the misdemeanor, the government will move, in writing with a proposed order, to dismiss the felony charges and vacate the status conference before the District Court. A status conference was scheduled for January 7, 2010, at 9:00 a.m. on the felony charges.

1

1    The defendant and his attorney need additional time to prepare
2 for the sentencing hearing, and a scheduling conflict has arisen for
3 defense counsel for the currently scheduled sentencing date.
4 Therefore, the parties stipulate that the sentencing hearing should
5 be continued to February 25, 2010, at 10:00 a.m. before Magistrate
6 Judge Mueller, and the status conference on the felony charges
7 should be continued to March 4, 2009, at 9:00 a.m. before Judge
8 England.
9    The parties further stipulate that time may be excluded from
10 the speedy trial calculation under the Speedy Trial Act through the
11 new status conference date of March 4, 2010, pursuant to 18 U.S.C. §
12 3161(h)(7)(A) & (B)(iv) for preparation of counsel, because the
13 interests of justice served by granting this continuance outweigh
14 the interests of the defendant and the public in a speedy trial.
15    Defense counsel has authorized the prosecutor to sign this
16 stipulation on his behalf.

17 DATED: December 28, 2009         BENJAMIN B. WAGNER
                                    United States Attorney
18
19                            by    /s/ Samantha S. Spangler
                                    Samantha S. Spangler
20                                  Assistant U.S. Attorney
21
22 DATED: December 28, 2009    by   /s/ Samantha S. Spangler for
                                    Lawrence Ward
23                                  Counsel for Defendant
                                    Keith Thayer Towns
24
25
26
27
28

Order

Good cause appearing, the sentencing hearing scheduled before Magistrate Judge Mueller for January 14, 2010, is continued to February 25, 2010, at 10:00 a.m.  The status conference on the felony charges scheduled before this Court on January 7, 2010, is continued to Thursday, March 4, 2010, at 9:00 a.m.  The Court finds that the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.  Therefore, time is excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of March 4, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T4 for preparation of counsel.

IT IS SO ORDERED.

Dated: December 30, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE