```
BENJAMIN B. WAGNER
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>KEITH THAYER TOWNS,<br><br>            Defendant. | Case No. 2:09-cr-120 MCE<br><br>GOVERNMENT'S MOTION TO DISMISS<br>FELONY CHARGES; ORDER |

### Background

On October 30, 2009, the defendant pled guilty before Magistrate Judge Kimberly J. Mueller to Count 17 of the indictment, charging him with a misdemeanor violation of 31 U.S.C. § 333, misuse of a Department of Treasury Name (specifically, holding himself out as an Enrolled Agent when he was not). On February 25, 2010, Judge Mueller imposed a sentence of 3 years probation, a $4,000 fine, and a $25 special assessment, plus conditions of probation. The written plea agreement provides that after sentencing, the government will move to dismiss all the felony charges against the defendant in the pending indictment, without prejudice to their refiling in the unlikely conditions set forth therein.

## Motion

The government moves to dismiss, without prejudice to their refiling under the conditions set forth in the plea agreement, Counts 1 through 16, which constitute all felony charges against the defendant in the Indictment in this case.

Further, the government requests that the Court vacate the status conference scheduled on the felony charges for March 4, 2010, at 9:00 a.m.

DATED:  March 1, 2010              BENJAMIN B. WAGNER
                                   United States Attorney


                             by    /s/ Samantha S. Spangler
                                   Samantha S. Spangler
                                   Assistant U.S. Attorney

## Order

Good cause having been shown, the Court hereby orders that Counts 1 through 16 against the defendant in the Indictment in this case are DISMISSED without prejudice.

The Court further orders that the status conference scheduled for March 4, 2010, is hereby VACATED.

IT IS SO ORDERED.

Dated: March 9, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE